BURKE STONE, INC., Respondent, v. JOSEPH J. CREAMER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

STURGES MULTIPLE BATTERY CORPORATION, Respondent, v. RUFUS A. PRESCOTT and Others, Appellants.— Order denying motion to compel plaintiff to serve a further amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

EDWARD WEINGARD, Respondent, v. PUTNAM THEATRICAL CORPORATION, Appellant.— Judgment reversed upon the law and new trial granted, costs to appellant to abide the event, upon authority of Weingard v. Putnam Theatrical Corporation (post, p. 808), decided herewith. Lazansky, P. J., Young, Hagarty and Seeger, JJ., concur; Carswell, J., dissents and votes for reversal and a dismissal of the complaint.

ROSE WEINGARD, Respondent, v. PUTNAM THEATRICAL CORPORATION, Appellant. — Judgment reversed upon the law and new trial granted, costs to appellant to abide the event. The trial court improperly charged the jury that defendant was liable if the carpet was torn and the plaintiff caught her foot in it and fell for that reason. Liability could not be imposed upon defendant unless it was also shown that this condition of the carpet was known to defendant, or had existed for such a length of time that defendant should have known of it, or was of such a nature that it must have existed for such a length of time as to give it notice. Lazansky, P. J., Young, Hagarty and Seeger, JJ., concur; Carswell, J., dissents and votes for reversal and a dismissal of the complaint.

HARRY ZIMMERMAN and BELLA ZIMMERMAN, Appellants, v. FALK GREENBERG and FIRST CLASS LAUNDRY SERVICE, INC., Respondents, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ.

LEONARD DAVIDSON & CO., INC., and Others, Copartners, Respondents, v. LITTLEMORE CORPORATION, Appellant.— Application denied, with ten dollars costs.

JOSEPH B. PRICE and PHILIP BALSAM, Respondents, v. FANNIE SHUTER and CHARLES SHUTER, Appellants.— Application denied, with ten dollars costs.

ALEGI & LORING, INC., Respondent, v. HARRISON WESTCHESTER CONSTRUCTION CO., INC., and GLOBE INDEMNITY COMPANY, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

HENRY W. ALLEN, Respondent, v. MAURICE W. BACON, Appellant, and MONTIZONA COPPER COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.